**A CERTIFIED TRUE COPY**

MAY 1 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 27 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

FILED
ASHEVILLE, N.C.

JUN 25 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-276)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,014 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED:  5· 21-07

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**SCHEDULE CTO-276 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-84 | James R. Bain, et al. v. A.O. Smith Electrical Products Co., et al. |
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 07-1192~~ | ~~Elaine Scarbrough, et al. v. General Electric Co., et al.~~ Vacated 5/8/07 |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 06-6301~~ | ~~Edward McIntyre v. Warren Pumps, LLC~~ Opposed 5/9/07 |
| ~~CAN 3 07-1688~~ | ~~Joseph Brewster, et al. v. A.W. Chesterton Co., et al.~~ Vacated 5/8/07 |
| **DELAWARE** | |
| ~~DE 1 07-149~~ | ~~Mary M. Collins, etc. v. Metropolitan Life Insurance Co., et al.~~ Opposed 5/15/07 |
| **ILLINOIS CENTRAL** | |
| ~~ILC 1 07-1037~~ | ~~Carol Durbin, etc. v. Pneumo-Abex Corp., et al.~~ Opposed 5/15/07 |
| ~~ILC 1 07-1038~~ | ~~Alan Nussbaum, et al. v. Pneumo-Abex Corp, et al.~~ Opposed 5/15/07 |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-110 | Nathaniel Cummings, et al. v. BNSF Railway Co. |
| **LOUISIANA EASTERN** | |
| LAE 2 07-1422 | Frank Bradley v. Northrop Grumman Systems Corp., et al. |
| **MASSACHUSETTS** | |
| MA 1 07-10205 | William J. Hilbert, Jr., et al. v. Northrop Grumman Corp. |
| **MINNESOTA** | |
| MN 0 07-1174 | Ronald Kaufhold v. Soo Line Railroad Co. |
| **MISSOURI WESTERN** | |
| ~~MOW 4 07-184~~ | ~~Patrick L. Kroske v. Union Carbide Corp., et al.~~ Opposed 5/15/07 |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 07-63 | Morris Ball v. H-C Auto Electric Co., et al. |
| MSN 1 07-64 | Bobby Earl McDaniel v. H-C Auto Electric Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 1 07-141~~ | ~~Robert L. Reeves v. Afton Pumps, Inc., et al.~~ Opposed 5/15/07 |
| MSS 1 07-468 | Richard L. Watson v. Hopeman Brothers, Inc., et al. |
| MSS 1 07-472 | Evelyn Quilly Welch-Ward, etc. v. Anchor Packing Co., et al. |
| **MONTANA** | |
| MT 4 07-16 | J. Murray Hurlburt, et al. v. Bondex, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 07-9 | Glenda Evelyn Wilson, etc. v. Anchor Packing Co., et al. |
| NCE 4 07-36 | Carolyn D. Hux, et al. v. Anchor Packing Co., et al. |
| NCE 7 07-26 | Billy Futch, Jr. v. Aqua-Chem, Inc., et al. |
| NCE 7 07-34 | Kathy Belinda Patterson, etc. v. Anchor Packing Co., et al. |

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA MIDDLE
| NCM 1 | 07-158 | Wilbert Butler, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 07-159 | Gary Lee Livengood, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 07-160 | Benny Dale Myers, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 07-161 | Lloyd Vernon Snead, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 07-194 | Kenneth B. Lawson, et al. v. A.W. Chesterton, Inc., et al. |
| NCM 1 | 07-199 | Robert D. Erby, et al. v. 3M Co., et al. |
| NCM 1 | 07-203 | Jackson Elwood Simmons, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 07-242 | Archie T. Thornton, et al. v. A.W. Chesterton, Inc., et al. |

NORTH CAROLINA WESTERN
| NCW 1 | 07-24 | Carol Dean Farmer, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-61 | Paul Steven Abernathy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-63 | David Anthony Berg, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-64 | Gary Sigmon Gabriel, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-67 | Reginald David Hallman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-68 | Robert W. Atwell, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-70 | Roger Michael Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-71 | Michael Hill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-77 | Kenneth Franklin McJunkins, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-80 | Albert David Hedspeth, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-81 | Garry Lynn Hull, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-82 | Jerry McCain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-83 | Robert Marvin Poole, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-84 | Charles Tony Shephard, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-85 | William Todd Tallent, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-88 | John Ruben Bradley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-89 | Paul Aaron Goforth, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-90 | Lawrence Leroy Redding, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-91 | Leonard Floyd Stewart, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-92 | Ann C. Taylor, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-93 | Clarence Jay Wagoner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-94 | Inez C. Garland, et al. v. Asbestos Corp., Ltd., et al. |
| NCW 1 | 07-99 | Donald W. Hunter, et al. v. 3M Co., et al. |
| NCW 1 | 07-102 | Dewey Carlton Aiken, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-103 | David Scott Bumgarner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-104 | Michael Eugene Burris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-105 | Edward William Fortner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-106 | Barry Dean McCurry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-107 | Leroy Elliott Revels, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-108 | Richard Dana Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-109 | Kent J. McCoy, et al. v. A.W. Chesterton, Inc., et al. |
| NCW 1 | 07-110 | Sterlin Columbus Whiteside v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-111 | Thad Dale Jones, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 07-112 | Guy D. Blaylock, et al. v. Crown Cork & Seal Co., Inc., et al. |

NEW YORK EASTERN
| NYE 1 | 07-684 | John Suverkrubbe v. A.W. Chesterton Co., et al. |

NEW YORK SOUTHERN
| NYS 1 | 01-6291 | Joan B. Hart, etc. v. American Steamship Co., et al. |
| NYS 1 | 06-14309 | Vincent Polito v. General Electric Co. |

**DIST. DIV. C.A. #**          **CASE CAPTION**

**OHIO NORTHERN**
OHN 1  07-10001          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1  07-10002          Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1  07-10003          Sinforoso C. Longanilla v. A-C Product Liability Trust, et al.
OHN 1  07-10004          Roland Barker v. A-C Product Liability Trust, et al.
OHN 1  07-10005          James R. Noble v. A-C Product Liability Trust, et al.
OHN 1  07-10006          Richard W. Stone v. A-C Product Liability Trust, et al.

**OREGON**
OR 3  06-1428           Daniel Dillon v. 3M Co., et al.

**PUERTO RICO**
PR 3  06-1583           Bruno Reyes, et al. v. Johns Manville Corp., et al.

**RHODE ISLAND**
RI 1  07-50             Robert W. Campbell, et al. v. Buffalo Pumps, Inc., et al.

**SOUTH CAROLINA**
SC 0  07-505            Alton Roger Dye, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-507            John Walker Glenn v. Aqua-Chem, Inc., et al.
SC 0  07-580            Ernest G. LaCasse, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 0  07-581            Kenneth Bruce Jones, et al. v. Aqua-Chem, Inc., et al.
SC 0  07-765            Charles Sidney Huskey, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-645            Windell Sutton Powell, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-646            Charles Allen Thrift, et al. v. Aqua-Chem, Inc., et al.
SC 7  07-647            Vernon Eugene Morgan v. Aqua-Chem, Inc., et al.
SC 8  07-504            Marion Hilton King, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-506            Aileen W. Mayfield v. Aqua-Chem, Inc., et al.
SC 8  07-579            Michael Steven Thompson, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-582            Gary Eugene Wood, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-583            Ramon Massey, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-644            Kenneth Leonard Hyde, et al. v. Aqua-Chem, Inc., et al.
SC 8  07-766            John Lewis Lee, Jr., et al. v. Aqua-Chem, Inc., et al.
SC 8  07-767            Jerome Byron Wilson, et al. v. Aqua-Chem, Inc., et al.

**TENNESSEE EASTERN**
TNE 3  07-69            Archie Weeks, et al. v. CertainTeed Corp., et al.

**TEXAS SOUTHERN**
TXS 4  07-775           Peggy Yeates, et al. v. International Paper Co.

**VIRGINIA EASTERN**
VAE 2  07-9163          Ronald L. Roberson v. American Standard, Inc., et al.
VAE 2  07-9164          Carl L. Wilson v. American Standard, Inc., et al.
VAE 2  07-9165          William W. Harman v. American Standard, Inc., et al.
VAE 2  07-9166          Paul D. Kraciun v. American Standard, Inc., et al.
VAE 2  07-9167          Jack E. Leveridge v. American Standard, Inc., et al.
VAE 2  07-9168          Benjamin J. Martindale v. American Standard, Inc., et al.
VAE 2  07-9169          Joseph R. Saavedra v. American Standard, Inc., et al.
VAE 2  07-9170          William H. Monroe, Jr., etc. (Therman Wilton Hammett) v. American Standard, Inc., et al.
VAE 2  07-9171          Fred Geisel v. American Standard, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE 2  07-9172 | Douglas J. Wyttenbach v. American Standard, Inc., et al. |
| VAE 2  07-9173 | Gilmer T. Carter, Jr. v. American Standard, Inc., et al. |
| VAE 2  07-9174 | Kenneth D. Berry v. American Standard, Inc., et al. |
| VAE 2  07-9175 | Terence L. Firman v. American Standard, Inc., et al. |
| VAE 2  07-9176 | Robert Earl Stewart v. American Standard, Inc., et al. |
| VAE 2  07-9177 | Ray Young v. American Standard, Inc., et al. |
| VAE 2  07-9178 | William F. Barone v. American Standard, Inc., et al. |
| VAE 2  07-9179 | John P. Fritz v. American Standard, Inc., et al. |
| VAE 2  07-9180 | Robert H. Parkinson v. American Standard, Inc., et al. |
| VAE 2  07-9181 | Roger D. Sogard v. American Standard, Inc., et al. |
| VAE 4  07-3204 | Jesse L. Boone v. Amchem Products, Inc., et al. |
| VAE 4  07-3205 | Steve Everett Carpenter v. Amchem Products, Inc., et al. |
| VAE 4  07-3206 | Faustino Cortes-Garcia v. Amchem Products, Inc., et al. |
| VAE 4  07-3207 | Jimmie Dale Davis v. Amchem Products, Inc., et al. |
| VAE 4  07-3208 | Philip Morrell Delp v. Amchem Products, Inc., et al. |
| VAE 4  07-3209 | Clarence Andre Gary v. Amchem Products, Inc., et al. |
| VAE 4  07-3210 | Roy Elliott Gray v. Amchem Products, Inc., et al. |
| VAE 4  07-3211 | David Eugene Headrick v. Amchem Products, Inc., et al. |
| VAE 4  07-3212 | Thomas Earl Horton v. Amchem Products, Inc., et al. |
| VAE 4  07-3213 | Edward J. Jefferson v. Amchem Products, Inc., et al. |
| VAE 4  07-3214 | Kirkland Johnson v. Amchem Products, Inc., et al. |
| VAE 4  07-3215 | Hilary Mitchell Leary v. Amchem Products, Inc., et al. |
| VAE 4  07-3216 | Gordon Leland v. Amchem Products, Inc., et al. |
| VAE 4  07-3217 | Gene Woodrow Link v. Amchem Products, Inc., et al. |
| VAE 4  07-3218 | Ronald Nolan Price, Sr. v. Amchem Products, Inc., et al. |
| VAE 4  07-3219 | Jackie Spencer v. Amchem Products, Inc., et al. |
| VAE 4  07-3220 | Lavelle Stoner, Sr. v. Amchem Products, Inc., et al. |
| VAE 4  07-3221 | Nathaniel Cornelius Walker v. Amchem Products, Inc., et al. |